**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   FEB 13 2019   ★

BROOKLYN OFFICE

## MISC 19-418

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GARAUFIS, J.

--------------------------------------------------------------

R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor,

      Petitioner,

    v.

FOOD FARM GROUP, INC. d/b/a FOOD FARM
SUPERMARKET   and   AFZAL   RAHMAN,
individually and as a custodian of records,

      Respondents.

--------------------------------------------------------------

:

: Misc. Action No. _____

:

:

:

:

:

:

### MOTION TO COMPEL RESPONDENTS TO PRODUCE DOCUMENTS AND TESTIFY PURSUANT TO ADMINISTRATIVE SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM*

Petitioner R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary") hereby moves, under Sections 9 and 11(a) of the Fair Labor Standards Act. 29 U.S.C. §§209, 211(a), and Section 49 of the Federal Trade Commission Act, 15 U.S.C. §49, for an order compelling Respondents Food Farm Group, Inc., d/b/a Food Farm Supermarket ("Food Farm") and Afzal Rahman (collectively, the "Respondents") to produce documents and testify in compliance with the administrative subpoena *duces tecum* and *ad testificandum* issued on October 2, 2018.

In support of this motion, Petitioner submits the attached Memorandum of Law, Declaration of Janese Gonzalez with exhibits, Declaration of William Dempsey with exhibits, Declaration of Jeanne Zhuo with exhibit, and Proposed Order.

DATED:      February 11, 2019
                New York, New York

                                  KATE S. O'SCANNLAIN
                                  Solicitor of Labor

                                  JEFFREY S. ROGOFF
                                  Regional Solicitor

              BY:     /s/ Andrew Karonis
                       ANDREW KARONIS
                       Senior Trial Attorney

                       U.S. Department of Labor,
                       *Attorneys for Petitioner Secretary of Labor*

                       U.S. Department of Labor
                       Office of the Regional Solicitor
                       201 Varick Street, Room 983
                       New York, NY 10014
                       (646) 264-3681
                       (646) 264-3660 (fax)
                       karonis.andrew@dol.gov
                       NY-SOL-ECF@dol.gov